Ader v Ader (2023 NY Slip Op 02843)

Ader v Ader

2023 NY Slip Op 02843

Decided on May 30, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 30, 2023

Before: Kern, J.P., Friedman, Kennedy, Scarpulla, Pitt-Burke, JJ. 

Index No. 35006/20 Appeal No. 347 Case No. 2023-00257 

[*1]Julie Ader, Plaintiff-Appellant,
v
Jason Ader, Defendant-Respondent.

Michele A. Katz PLLC, New York (Michele A. Katz of counsel), for appellant.
Stein & Ott LLP, New York (Lara P. Ott of counsel), for respondent.

Order, Supreme Court, New York County (Michael L. Katz, J.), entered on or about January 4, 2023, which awarded plaintiff wife pendente lite custody-related counsel fees totaling $650,000, unanimously affirmed, without costs.
As we previously observed in this Court's decision in Ader v Ader (205 AD3d 637 [1st Dept 2022]), the court has again carefully considered the invoices and issues as related to various motions, the custody trial, and related litigation, as demonstrated by its award, which is subject to reallocation at the end of the case. Moreover, contrary to the wife's contention, the order on appeal meets the requirements of 22 NYCRR 202.16 (k) (7) by outlining its considerations and the equities of the case.
We note that this case has been presided over by the same jurist, who oversaw more than 20 motions, a 15-day custody trial, and numerous court appearances. Under these circumstances, it cannot be said that the court's award was an improvident exercise of its discretion. Such awards are entrusted to the sound discretion of the court and, in the absence of an abuse of discretion, will be upheld (see Matter of Thomas B. v Lydia D., 120 AD3d 446, 446 [1st Dept 2014]).
We have considered the wife's remaining arguments and find them unavailing.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 30, 2023